# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Marvin W. Millsaps, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-cv-00204-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Peter A. Smith, Jason R. Parker, Sarah M. Kirkman, and Theodore S. Royster, | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2013, Order.

January 14, 2013

Frank G. Johns, Clerk
United States District Court